IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER KOBOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br>Defendant. | Case No. 1:23-cv-1392 (MAD/DJS) |
| MARY COGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br>Defendant. | Case No. 1:23-cv-1409 (MAD/DJS) |

**PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD AND LIAISON CLASS COUNSEL**

Plaintiffs Peter Kobor and Mary Cogan ("Plaintiffs") move under Federal Rule of Civil Procedure ("Rule") 42(a)(2) for an order consolidating the above-captioned actions: *Peter Kobor v. Skidmore College*, Case No. 1:23-cv-1392 (MAD/DJS); and *Mary Cogan v. Skidmore College*, Case No. 1:23-cv-1409 (MAD/DJS) (N.D.N.Y) (collectively, the "Related Actions") and all other actions (now and in the future) naming Skidmore College ("Skidmore" or "Defendant") as a defendant in connection with the Data Breach Defendant experienced on February 17, 2023 (the "Data Breach"). Plaintiffs respectfully request that the Court consolidate the Related Actions under the docket number of the first filed case, 1:23-cv-1392, and under the title *In re Skidmore College Data Breach Litigation.*

1

Plaintiffs further move under Rule 23(g) for an order appointing William B. Federman of Federman & Sherwood and Philip J. Krzeski of Chestnut Cambronne PA as Interim Co-Lead Counsel, and an order appointing John Nelson of Milberg Coleman Bryson Phillips Grossman, PLLC as Interim Liaison Counsel.

This Motion is based on the accompanying Memorandum of Law, the exhibits attached thereto, any argument presented to the Court, and all matters of which the Court may take judicial notice.

Dated: November 20, 2023

Respectfully submitted,

/s/ Randi Kassan
Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY 11530
Telephone: (212) 594-5300
rkassan@milberg.com

John Nelson*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120

Telephone: (405) 235-1560
-and-
212 W. Spring Valley Road
Richardson, TX  75081
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Attorneys for Plaintiff and Putative Class*

*\*Pro Hac Vice forthcoming*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 20, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ Randi Kassan*
Randi Kassan
