UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER KOBOR, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br><br>              Defendant. | Case No. 1:23-cv-1392 (MAD/DJS)<br><br>**DEFENDANT SKIDMORE COLLEGE'S NOTICE OF NON-OPPOSITION TO MOTION TO CONSOLIDATE CASES AND PROPOSED BRIEFING SCHEDULE** |

      Defendant Skidmore College, through its undersigned counsel, provides notice that it does not oppose Plaintiffs Peter Kobor and Mary Cogan ("Plaintiffs") motion to consolidate the actions: *Peter Kobor v. Skidmore College*, Case No. 1:23-cv-1392 (MAD/DJS); and *Mary Cogan v. Skidmore College*, Case No. 1:23-cv-1409 (MAD/DJS) (N.D.N.Y) and all other actions (now and in the future) naming Skidmore College ("Skidmore" or "Defendant") as a defendant in connection with the Data Incident the Defendant experienced on February 17, 2023 (the "Data Incident"). (Dkt. 6).

      Defendant takes no position on the motion to appoint lead counsel.

      Defendant also requests, with the Plaintiffs' consent, that the court set the following briefing schedule in the event the motion to consolidate is granted:

1. Plaintiffs shall file a Consolidated Amended Complaint (the "Complaint") within forty-five (45) days from entry of an Order consolidating the cases and appointing interim lead counsel;

2. Defendant shall have thirty (30) days to answer or move to dismiss the Complaint after the Complaint is filed;

3. If Defendant files a motion to dismiss, Plaintiffs shall have thirty (30) days to file their Opposition and Defendant shall have twenty-one (21) days to file their reply.

Dated: December 11, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

*/s/ Casie D. Collignon*

Casie D. Collignon
ccollignon@bakerlaw.com
1801 California Street, Suite 4400
Denver, CO  80202
Telephone:   303.861.0600
Facsimile:    303.861.7805

*Attorneys for Defendant Skidmore College*