# Exhibit 1

# SKIDMORE
### COLLEGE

Return mail will be processed by: IBC
PO Box 847 • Holbrook, NY 11741



PETER KOBOR
497 STONEBRIDGE RD
SCHUYLERVILLE, NY 12871-2037

September 15, 2023

Dear Peter Kobor:

I am writing to inform you that we, Skidmore College ("Skidmore" or "we") recently experienced a data incident ("incident") which potentially involved your personal information ("Information"). This letter provides you with information about this incident, what information was involved and what you can do, if you choose, in response. Additionally, although we are unaware of any misuse of your Information or fraud in relation to the incident, as a precaution we also provide steps you can take to protect your Information.

## What Happened?

On February 17, 2023, Skidmore received an alert of suspicious activity in its systems and immediately began an investigation and took steps to contain and remediate the situation. This included changing passwords, implementing new threat detection and monitoring software, notifying law enforcement, and engaging outside cybersecurity professionals and data privacy counsel to assist.

The investigation found that an unauthorized actor gained access to the Skidmore network before deploying ransomware that encrypted a small percentage of its faculty and staff filesharing system. The investigation discovered that some business and finance files were at risk of exfiltration by the unauthorized actor. Accordingly, Skidmore engaged a third-party data mining team to perform a thorough review of the relevant data set for the presence of personal information. We then conducted a manual review of the data mining results to confirm the identities of the individuals whose information was potentially involved and gather contact information, where available, in order to send this notification. There is currently no evidence that any information has been misused for identity theft or fraud in connection with the incident.

## What Information Was Involved?

We determined that the following types of Information may have been impacted: name, address, Social Security Number; health insur app/claims info; credit/debit card number without password or security code.

## What We Are Doing.

Upon becoming aware of the incident, we immediately implemented measures to further improve the security of our systems and practices. We worked with leading data privacy and security professionals to aid in our investigation and response and have reported this incident to relevant government agencies and federal law enforcement. We also implemented additional security protocols designed to protect our network, email environment, and systems.