# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Robyn M. Feldstein

April 3, 2024

**VIA ECF**

Hon. Mae A. D'Agostino
United States District Court Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Courtroom 5
Albany, NY 12207

Re:     *Kobor et al., v. Skidmore College*; Case No. 1:23-cv-1392 (MAD/DJS) –Letter to Notice
        Settlement and Request to Vacate Deadlines

Dear Judge D'Agostino,

Plaintiffs Peter Kobor and Mary Cogan ("Plaintiffs") and Defendant Skidmore University
("Skidmore") (collectively, the "Parties") have reached an agreement in principle to settle the
class action *Kobor et al. v. Skidmore College*, No. 1:23-cv-1392 (N.D.N.Y.) (the "Action"),
subject to the completion of settlement documentation and court approval.  The Parties intend to
file a motion for preliminary approval by May 20, 2024 or otherwise update the Court.  In light
of the above, Defendant requests, with Plaintiffs' approval, that the Court issue an order vacating
all deadlines in the Action while the Parties formalize the terms of the settlement.

Respectfully submitted,
*/s/ Robyn Feldstein*

Robyn M. Feldstein


Baker & Hostetler LLP
Counsel for Defendant Skidmore University