# BakerHostetler

**Baker & Hostetler** LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Robyn M. Feldstein

June 6, 2024

**VIA ECF**

Hon. Daniel J. Stewart
United States District Court Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY 12207

Re:     *Kobor et al., v. Skidmore College*; Case No. 1:23-cv-1392 (MAD/DJS) – Update on
        Status of Settlement

Dear Judge Stewart,

We represent Defendant Skidmore University ("Skidmore") in this matter. We write jointly with counsel for Plaintiffs to update Your Honor on the status of the proposed settlement.

As we wrote on May 6, 2024, the parties have reached an agreement in principle to settle the class action *Kobor et al. v. Skidmore College*, No. 1:23-cv-1392 (N.D.N.Y.) (the "Action"), subject to the completion of settlement documentation and court approval. (*See* Dkt. 27). As directed by the Court, we write today with a report on the status of the process of finalizing the settlement. (*See* Dkt. 28).

Since our last update, a draft of the Settlement Agreement along with the accompanying notice forms have been circulated, negotiated, and are being reviewed for approval. The parties have also sought bids and agreed upon a Settlement Administrator.  The parties continue to work diligently and intend to file a motion for preliminary approval by July 1, 2024 or otherwise update the Court. Accordingly, the parties respectfully request that the deadlines remain vacated as ordered on April 6, 2024 until such time as the expected motion for preliminary approval is decided.

Hon. Daniel J. Stewart
June 6, 2024
Page 2


Respectfully submitted,
*/s/ Robyn Feldstein*

Robyn M. Feldstein


Baker & Hostetler LLP
Counsel for Defendant Skidmore University