# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

July 31, 2024

Robyn M. Feldstein

**VIA ECF**

Hon. Daniel J. Stewart
United States District Court Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY 12207

Re:   *Kobor et al., v. Skidmore College*; Case No. 1:23-cv-1392 (MAD/DJS) – Update on Status of Settlement

Dear Judge Stewart,

We represent Defendant Skidmore University ("Skidmore") in this matter. We write jointly with counsel for Plaintiffs to update Your Honor on the status of the proposed settlement.

As we wrote on July 1, 2024, the parties have reached an agreement in principle to settle the class action *Kobor et al. v. Skidmore College*, No. 1:23-cv-1392 (N.D.N.Y.) (the "Action"), subject to the completion of settlement documentation and court approval. (*See* Dkt. 27). As directed by the Court, we write today with a report on the status of the process of finalizing the settlement. (*See* Dkt. 34).

Since our last update, the parties have nearly finalized the Settlement Agreement along with the accompanying notice forms. Plaintiffs have also circulated a draft of the Motion for Preliminary Approval which has been reviewed by Defendant. The parties have also agreed upon and are in the process of engaging a Settlement Administrator.  The parties continue to work diligently and intend to file a motion for preliminary approval by August 14, 2024 or otherwise update the Court. Accordingly, the parties respectfully request that the deadlines remain vacated as ordered on April 6, 2024 until such time as the expected motion for preliminary approval is decided.

Hon. Daniel J. Stewart
July 31, 2024
Page 2

Respectfully submitted,
*/s/ Robyn Feldstein*

Robyn M. Feldstein

Baker & Hostetler LLP
Counsel for Defendant Skidmore University