# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Robyn M. Feldstein

August 14, 2024

**VIA ECF**

Hon. Daniel J. Stewart
United States District Court Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY 12207

Re:    *Kobor et al., v. Skidmore College*; Case No. 1:23-cv-1392 (MAD/DJS) – Update on
       Status of Settlement

Dear Judge Stewart,

We represent Defendant Skidmore University ("Skidmore") in this matter. We write jointly with
counsel for Plaintiffs to update Your Honor on the status of the proposed settlement.

As we wrote on July 31, 2024, the parties have reached an agreement in principle to settle the class
action *Kobor et al. v. Skidmore College*, No. 1:23-cv-1392 (N.D.N.Y.) (the "Action"), subject to
the completion of settlement documentation and court approval. (*See* Dkt. 27). As directed by the
Court, we write today with an update on the process of finalizing the settlement. (*See* Dkt. 34).

Since our last update, the parties have continued to finalize the Settlement Agreement along with
the accompanying notice forms. Plaintiffs have also circulated a draft of the Motion for
Preliminary Approval and accompanying documentations which has been reviewed by the
Defendant. The parties have also agreed upon and are in the process of engaging a Settlement
Administrator.  The parties continue to work diligently and intend to file a motion for preliminary
approval by August 28, 2024 or otherwise update the Court.  Accordingly, the parties respectfully
request that the deadlines remain vacated as ordered on April 6, 2024 until such time as the
expected motion for preliminary approval is decided.

Hon. Daniel J. Stewart
August 14, 2024
Page 2


Respectfully submitted,
*/s/ Robyn Feldstein*

Robyn M. Feldstein


Baker & Hostetler LLP
Counsel for Defendant Skidmore University