**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER KOBOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br>Defendant. | Case No. 1:23-CV-01392-MAD-DJS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| MARY COGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br>Defendant. | Case No. 1:23-CV-01409-MAD-DJS |

Under Fed. R. Civ. P. 23(e), Plaintiffs Peter Kobor and Mary Cogan (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for Preliminary Approval of a proposed class action settlement.

In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; the Declaration of William B. Federman in Support of Preliminary Approval of Class Action Settlement ("Federman Decl."); the Settlement Agreement ("Settlement Agreement") attached as **Exhibit 1** to the Declaration of William B. Federman; the Declaration of Settlement Administrator Simpluris, Inc. ("Simpluris Decl."); the records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court. A Proposed Order Granting Preliminary Approval

to the Class Action Settlement is also attached for the Court's convenience. Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed.

Dated: August 28, 2024

Respectfully submitted,

*/s/ John J. Nelson*

John Nelson (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

*Interim Liaison Counsel*

Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
pkrzeski@chestnutcambronne.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Interim Co-Lead Class Counsel*

Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY 11530
Telephone: (212) 594-5300
rkassan@milberg.com

*Attorneys for Plaintiff and Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2024, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ John J. Nelson*_______
John Nelson (admitted *pro hac vice*)