## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER KOBOR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br>    Defendant. | Case No. 1:23-CV-01392-MAD-DJS |
| MARY COGAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br>    Defendant. | Case No. 1:23-CV-01409-MAD-DJS |

**DECLARATION OF ANNE-MARIE MARRA OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Anne-Marie Marra, declare as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters stated herein to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am a Program Manager at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator.

3. Simpluris has been administering class action settlements for over fifteen years, in which time we have been appointed in over 9,000 cases and distributed over $7 billion in funds. Our leadership team has nearly 150 years of combined industry experience that includes data breach matters and some of the largest class action administrations in the United States, including:

*In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.), and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Recent representative cases include: *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

4. Simpluris has been selected by counsel in the captioned matter to serve as the class action settlement administrator in this case. The administration will be governed by the estimate submitted by Simpluris on April 1, 2024, for total administration costs in the amount of **$19,493**. Any material changes in scope will require appropriate written approval or authorization by the parties. A true and correct copy of Simpluris' administration estimate is attached hereto as **Exhibit A**.

5. Per the terms of the Settlement Agreement, in the course of this administration, Simpluris will be charged with, among other responsibilities:

　(a) Providing required notice to appropriate state and federal officials in accordance with the Class Action Fairness Act ("CAFA");

　(b) Establishing and maintaining an Interactive Voice Response ("IVR") settlement toll-free telephone number that will be available 24 hours a day and offer answers to frequently asked questions ("FAQs");

(c) Developing and maintaining an interactive settlement website that will host relevant settlement documents, as well as allow eligible Settlement Class Members to submit claims electronically and elect to receive their Out-of-Pocket Losses and *Pro Rata* Cash Payments digitally or by check;

(d) Processing incoming claims, requests for exclusion, objections, and related class correspondence;

(e) Sending direct notice by email and U.S. mail of the Settlement to eligible Settlement Class Members to provide information on how to file a claim, object to the Settlement, opt-out of the Settlement, the deadlines to do all of the above, and other relevant dates;

(f) Establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

(g) Calculating the amounts due to each Participating Settlement Class Member pursuant to the Settlement;

(h) Processing digital or check payments to Participating Settlement Class Members who make valid claims;

(i) Preparing and filing all applicable tax forms and tax returns with state and federal agencies; and

(j) Reporting on the status of settlement claims, including cure processes, and settlement distribution as required by the parties and Court.

6. <u>E-Mail Notice.</u> As described in Section 3.2(d) of the Settlement Agreement, Simpluris will send notice by email to all settlement class members for whom an email address is available. The E-Mail Notice will include a summary of the Settlement, as well as a link to the

Settlement Website, and a toll-free number that settlement class members can use to obtain additional information.

7. Prior to sending email notice, Simpluris will conduct address verification on all email addresses to ensure that they are valid.

8. Emails that are returned as undeliverable will be processed through a public records address verification search (commonly referred to as "skip tracing") utilizing a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, and other sources, to locate updated email addresses. When new email addresses are located, the settlement class member database will be updated and the notice re-emailed.

9. <u>Mail Notice</u>. As described in section 3.2(d) of the Settlement Agreement, those settlement class members for whom a deliverable email is unavailable will receive the Short Notice via U.S. mail. The Mail Notice will include a summary of the Settlement, as well as a link to the Settlement Website, and a toll-free number that settlement class members can use to obtain additional information. Prior to mailing direct notice, Simpluris will compare Settlement Class Member addresses provided by Defendant against the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service ("USPS"). The NCOA contains changes of address filed with the USPS. These addresses will be updated as appropriate based on NCOA results.

10. If a mailed notice is returned without a forwarding address, Simpluris will perform a public records search, commonly called a "skip trace," utilizing available Settlement Class Member information to locate a current address. Simpluris will remail direct notice to the newly-located address or a forwarding address, if provided by the USPS.

11. The proposed Notice Program, consisting of email and U.S. mail notification, an interactive settlement website, and communication with Settlement Class members via IVR, represents "the best notice that is practicable under the circumstances" and will fully comply with the requirements set forth in Fed. R. Civ. P. 23.

12. The proposed administration as a whole will fully implement the Settlement Agreement reached by the parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 28, 2024, at Seattle, Washington.

*Anne-Marie Marra*
ANNE-MARIE MARRA

# **EXHIBIT A**



3194-C Airport Loop Drive
Costa Mesa, CA 92626
800-779-2104
www.simpluris.com

| | | | |
|---|---|---|---|
| Estimate Number: | 20240401-PJI-06 | Prepared By: | Patrick Ivie |
| Estimate Date: | 4/1/2024 | | 310.995.6455 |
| Estimate Expiration Date: | 6/30/2024 | | pivie@simpluris.com |

| | Primary Contact | | Additional Contact |
|---|---|---|---|
| Name: | **Robyn Feldstein, Esq.** | Attorney: | |
| Firm: | BakerHostetler | Firm: | |
| Email: | rfeldstein@bakerlaw.com | Email: | |

Case Name: *Skidmore College Data Breach*

## Assumptions

**In addition to the assumptions enumerated below, this estimate assumes that**
(1) Simpluris will receive data in a single, complete file; (2) there will be no substantial change to class size or in response rate;
(3) administration costs will be paid from the QSF, and (4) Simpluris will submit revisions to this estimate to account for any material changes to scope.

| | | | | |
|---|---|---|---|---|
| Anticipated Class Size: | 12,143 | | Undeliverable Rate: | 8% |
| Count of Available Emails: | 10,929 | | Mail Skip Trace Success Rate: | 75% |
| Count of Available Postal Addresses: | 12,143 | | Email Skip Trace Success Rate: | 70% |
| Claims Rate: | 3.0% | | Call Rate: | 1% |
| Opt-out Rate: | 0.5% | | Average Call Length: | 2 Minutes |
| Language(s) for Communication | EN | | Fund Distribution: | Simpluris |
| Email Reminder Mailing: | Yes | | Number of Distributions: | 1 |
| Unclaimed Funds: | N/A; claims made | | Count of CM codes (75% of claims) | 273 |
| State(s): | National | | Count of Claims to be Paid: | 364 |
| Length of Administration: | 9 Months | | Check Cash Payments: (25%) | 92 |
| | | | Digital Cash Payments: (75%) | 274 |
| | | | Tax Year(s): | 1 |

## Case Setup

- CAFA, National
- Class website: website hosting documents, FAQs and online claims
- Data compilation: develop case-specific response tracking

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| CAFA - nationwide Notice | $1,750.00 | 1 | $1,750.00 |
| Project Manager - Case Setup | $125.00 | 4 | $500.00 |
| Dynamic Class Website | $2,250.00 | 1 | $2,250.00 |
| Website Monthly Maintenance | $100.00 | 9 Months | $900.00 |
| Database Manager - Initial Data Analysis | $140.00 | 3 | $420.00 |
| Weekly Reporting for 9 months (hourly rate) | $100.00 | 4 | $400.00 |
| | | **Total:** | **$6,220.00** |

## Notice and Communications

- 90% email notice with one email reminder
- Double PC for the 10% of Settlement Class without email addresses

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Establish Email Campaign | $400.00 | 1 | $400.00 |
| Initial Email Notice | $0.04 | 10,929 | $437.15 |
| Undeliverable Processing and Skip Trace | $0.35 | 875 | $306.25 |
| Re-email Notice (assuming 70% skip trace success) | $0.05 | 613 | $30.65 |
| IT Associate | $125.00 | 2 | $250.00 |
| IT Manager | $195.00 | 1 | $195.00 |
| NCOA/CASS/LACS | $0.15 | 262 | $39.30 |
| Notice Postcard | $0.30 | 262 | $78.60 |
| Postcard Postage | $0.48 | 262 | $125.76 |

Confidential and Proprietary

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Undeliverable Processing and Skip Trace | $0.25 | 21 | $5.25 |
| Remail Postcard | $1.30 | 16 | $20.48 |
| Remail Postage | $0.48 | 16 | $7.56 |
| Mailing Supervisor | $50.00 | 3 | $150.00 |
| Claim Filing Reminder Email | $0.04 | 10,929 | $437.15 |
| | | Total: | $2,483.14 |

## Inbound Call Center

- Establish case-specific toll-free number and 24/7 IVR
- Live agents during business hours
- Assuming 2-minute calls

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| IVR Call Center Setup | $450.00 | 1 | $450.00 |
| Uptime Monitoring and Testing, Tracking, Reporting | $125.00 | 9 Months | $1,125.00 |
| Live Agents (includes toll-free number charges) | $62.00 | 4 | $250.96 |
| | | Total: | $1,825.96 |

## Administration

- Class members can make claims for lost time, documented out of pocket loss and 2 years of 1B credit monitoring
- Process incoming class and counsel communications, claims, opt-outs, and objections for duration of 9-month administration

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Database Manager | $140.00 | 3 | $420.00 |
| Project Manager | $125.00 | 5 | $625.00 |
| Claims Processing (Web & Paper) | $1.35 | 364 | $491.79 |
| Opt-out Processing | $2.50 | 61 | $152.50 |
| | | Total: | $1,689.29 |

## Award Disbursement

- Establish 26 CFR § 1.468B-1 compliant Qualified Settlement Fund ("QSF")
- Conduct regular and annual IRS-mandated QSF reporting and reconciliation (one per calendar year)
- Email Credit Monitoring Codes - details below
- Assume 25/75 mailed/digital payments
- Complete all required filings with state and federal tax authorities

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Disbursement Data Preparation | $140.00 | 2 | $280.00 |
| Disbursement Manager - Data Validation | $100.00 | 3 | $300.00 |
| Setup Banking Account/QSF | $675.00 | 1 | $675.00 |
| QSF Monthly Reconciliation and Maintenance | $100.00 | 9 | $900.00 |
| Print & Mail Check and Tax Documents (25% of claims) | $0.60 | 92 | $55.20 |
| Postage | $0.59 | 92 | $54.28 |
| Process Returned Checks (assuming 5%) | $0.25 | 5 | $1.25 |
| Skip Trace Search Undeliverable Checks | $0.35 | 5 | $1.75 |
| Remail Checks (includes postage) | $1.50 | 5 | $7.50 |
| Digital Payments & Email Tax Documents (75% of claims) | $0.40 | 274 | $110 |
| Establish Email Campaign | $400.00 | 1 | $400 |
| Email Credit Monitoring Codes | $0.04 | 273 | $11 |
| QSF Reporting and Final Declaration | $500.00 | 1 | $500.00 |
| QSF Annual Tax Reporting and Reconciliation | $1,350.00 | 1 | $1,350.00 |
| Distribution Manager | $125.00 | 3 | $375.00 |
| | | Total: | $5,020.51 |

## Case Completion

- Final audit and review
- Send final declaration and reporting to counsel

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Data Manager-Final Reporting | $140.00 | 2 | $280.00 |
| Clerical-Clean Up Any Misc. | $50.00 | 3 | $150.00 |
| Project Manager-Wrap-up Final Issues | $125.00 | 2 | $250.00 |
| | | Total: | $680.00 |

**Total Estimated Cost of Administration:** **$17,919**

Confidential and Proprietary

**CyEx by Pango Group - Identity Defense Complete (Additional)**
• 2-year & 1-Bureau credit monitoring codes

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Credit Monitoring Codes (75% of claimants to claim CM) | $5.76 | 273 | $1,573.73 |
| | | Subtotal: | $1,573.73 |

**Total Estimated Cost of Administration with 2Y/1B Monitoring:** **$19,493**

Client

By: _____ DATE: _____

Simpluris, Inc.

*[signature: Doug S Norman]*

By: Doug S. Norman    DATE: 8/27/2024