UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER KOBOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br>Defendant. | Case No. 1:23-CV-01392-MAD-DJS |
| MARY COGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKIDMORE COLLEGE,<br><br>Defendant. | Case No. 1:23-CV-01409-MAD-DJS |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS TO <u>CLASS REPRESENTATIVES</u>**

Pursuant to the Court's Preliminary Approval Order (ECF No. 40) Plaintiffs Peter Kobor and Mary Cogan ("Plaintiffs" or "Class Representatives") hereby move this Court for an entry of an Order awarding attorneys' fees in the amount of $195,000, inclusive of reimbursement of litigation expenses in the amount of $3,461.30, and an award to Class Representatives in the amount of $2,000 each.

This motion is based on the accompanying Memorandum of Law in support thereof, the Joint Declaration of Class Counsel in support thereof; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: June 27, 2025

Respectfully submitted,

/s/ John J. Nelson_____
John Nelson (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse Suite
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

*Interim Liaison Counsel*

Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
pkrzeski@chestnutcambronne.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Interim Co-Lead Class Counsel*

Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY 11530
Telephone: (212) 594-5300
rkassan@milberg.com

*Attorneys for Plaintiff and Putative Class*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ John J. Nelson*
John Nelson (admitted *pro hac vice*)