UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

PETER KOBOR, individually and on behalf : CASE NO. 1:23-cv-01392-MAD-DJS
of all others similarly situated, :
:
    Plaintiff, :
:
v. :
:
SKIDMORE COLLEGE, :
:
    Defendant. :
:
:
:
-------------------------------------------------------  : CASE NO. 1:23-cv-01409-MAD-DJS
MARY COGAN, individually and on behalf :
of all others similarly situated, :
:
    Plaintiff, :
:
v. :
:
SKIDMORE COLLEGE, :
:
    Defendant. :
:
:
-------------------------------------------------------X

## PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Under Fed. R. Civ. P. 23(e), Plaintiffs Peter Kobor and Mary Cogan (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for Final Approval of a proposed class action settlement.

In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; the Settlement Agreement (ECF

1

No. 39-2); the Declaration of Settlement Administrator Simpluris, Inc. ("Administrator Decl."); the records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court. A Proposed Order Granting Final Approval to the Class Action Settlement is also attached for the Court's convenience. Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed.

Date: July 28, 2025

Respectfully submitted,

*/s/ Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
Philip J. Krzeski
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: 612.339.7300
Fax: 612.336.2940
*pkrzeski@chestnutcambronne.com*

**FEDERMAN & SHERWOOD**
William B. Federman
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: 405.235.1560
*wbf@federmanlaw.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: 858.209.6941
*jnelson@milberg.com*

Randi Kassan
100 Garden City Plaza
Garden City, NY 11530
Telephone: 212.594.5300
*rkassan@milberg.com*

*Counsel for Plaintiffs and the Putative Class*

2