UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

PETER KOBOR, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SKIDMORE COLLEGE,

    Defendant.

: CASE NO. 1:23-cv-01392-MAD-DJS

----------------------------------------------------

MARY COGAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SKIDMORE COLLEGE,

    Defendant.

: CASE NO. 1:23-cv-01409-MAD-DJS

----------------------------------------------------X

**PLAINTIFFS' SUPPLEMENT TO PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

    Plaintiffs Peter Kobor and Mary Cogan ("Plaintiffs") hereby supplement Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Motion for Final Approval").

    First, as stated in the Motion for Final Approval, Plaintiffs submit their lodestar is currently 259 hours and $174,415.80 as of August 6, 2025. This represents a lodestar multiplier of 1.09. The multiplier will further decrease as Plaintiffs' Counsel prepares for the final approval hearing.

1

Second, Plaintiffs are attaching the Supplemental Declaration of Anne-Marie Marra of Settlement Administrator Simpluris, Inc. in support of Plaintiffs' Motion for Final Approval of Class Action Settlement as **Exhibit A**, which notes that as of August 7, the claims rate has increased to 1.33%, which is well within the reasonable participation rate in the Second Circuit. *In re Nissan Radiator/Transmission Cooler Litig.*, Case No. 10-cv-7493 (VB), 2013 WL 4080946, at *6 (S.D.N.Y. May 30, 2013) (approving class action settlement where approximately 12,000 of 1,549,712 class members submitted claim forms). Plaintiffs will be prepared to submit an updated claims rate as of August 10 at the final approval hearing.

Date: August 8, 2025                                      Respectfully submitted,


*/s/ Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
Philip J. Krzeski
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: 612.339.7300
Fax: 612.336.2940
*pkrzeski@chestnutcambronne.com*

**FEDERMAN & SHERWOOD**
William B. Federman
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: 405.235.1560
*wbf@federmanlaw.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: 858.209.6941
*jnelson@milberg.com*

Randi Kassan
100 Garden City Plaza
Garden City, NY 11530
Telephone: 212.594.5300
*rkassan@milberg.com*

***Counsel for Plaintiffs and the Putative Class***